UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSA VILLAPANDO-VELASQUEZ,

    Petitioner,

v.

DIRECTOR, DEPARTMENT OF HOMELAND SECURITY,

    Defendant(s).

NO. C09-604MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Report and Recommendation filed by Magistrate Judge Donohue (Dkt. No. 15) and the letter received from Petitioner on August 24, 2009 (Dkt. No. 16) in which she described her current circumstances (which included her attorney passing away) and asks for an extension of time to retain new counsel.

IT IS HEREBY ORDERED that this matter is continued for 30 days from the date of this order to allow Petitioner time to locate and retain new representation; the deadline for filing objections to the Report and Recommendation is VACATED and a new deadline will be set when Petitioner's new counsel makes his appearance.

IT IS FURTHER ORDERED that Petitioner notify the Court immediately upon retention of new counsel and in any event that she file a status report with the Court 30 days from the date of this order detailing the results of her search for representation in this matter.

Filed this 14th day of September, 2009.

BRUCE RIFKIN, Clerk                     By    /s Mary Duett
                                                                                     Deputy Clerk

MINUTE ORDER