**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROSA VILLAPANDO-VELASQUEZ, <br><br> Petitioner, <br><br> v. <br><br> A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, <br><br> Respondent. | NO. C09-604-MJP-JPD <br><br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition, Dkt. No. 1, is DENIED, respondent's motion to dismiss, Dkt. 10, is GRANTED, and this action is DISMISSED with prejudice;

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this _6th_ day of _January_, 2010.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1