# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSA VILLAPANDO-VELASQUEZ,

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. C09-604-MJP-JPD

A. NEIL CLARK, Field Office Director,
U.S. Immigration and Customs
Enforcement,

      Respondent.

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    The Report and Recommendation is adopted and approved. Petitioner's habeas petition, Dkt. 1 is DENIED, respondent's motion to dismiss, Dkt. 10 is GRANTED, and this action is DISMISSED with prejudice.

    Dated this _6th_ day of __January_, 2010.

                                          BRUCE RIFKIN
                                              Clerk

                                  _/s/ Mary Duett
                                  Mary Duett
                                  Deputy Clerk